IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VERONICA SAMBRANO,

    Petitioner,

v.                                  CASE NO. 4:14cv304-RH/CAS

UNITED STATES IMMIGRATION
& CUSTOMS ENFORCEMENT,

    Respondent.

_____/

## ORDER OF DISMISSAL

By a petition and proposed amended petition for a writ of habeas corpus under 28 U.S.C. § 2241, Veronica Sambrano seeks to block her removal to Mexico. It apparently is undisputed that a removal order was entered in 2005 and has not been set aside. But Ms. Sambrano asserts the order is invalid and that, in any event, her removal will be based at least in part on a conviction that she is challenging by a motion under 28 U.S.C. § 2255. Ms. Sambrano says she should not be removed while the § 2255 motion is pending.

Case No. 4:14cv304-RH/CAS

The petition is before the court on the magistrate judge's report and recommendation, ECF No. 6, and the objections, ECF No. 7.  I have reviewed *de novo* the issues raised by the objections.

Ms. Sambrano filed the petition while she was serving the criminal sentence.  The report and recommendation concluded that the petition should be dismissed because Ms. Sambrano was not in the custody of the respondent Immigration and Customs Enforcement.  Now, however, Ms. Sambrano has completed her criminal sentence and apparently *is* in ICE custody.  Ms. Sambrano has proffered an amended petition so alleging.

Even so, the amended petition must be dismissed.  First, only the appropriate court of appeals, not a district court, has jurisdiction over a challenge to a removal order.  *See* 8 U.S.C. § 1252(b)(9).  Second, the pendency of a § 2255 motion does not, without more, entitle a defendant to a stay of removal.

 For these reasons,

IT IS ORDERED:

The motion for leave to file the amended petition, ECF No. 8, is GRANTED.  The emergency motion to block removal, ECF No. 7, is DENIED.

Case No.   4:14cv304-RH/CAS

The clerk must enter judgment stating, "The amended petition is dismissed without prejudice." The clerk must close the file.

SO ORDERED on September 18, 2014.

>s/Robert L. Hinkle
>United States District Judge